# **EXHIBIT C**

MEMBRELL               

Date:    November 30, 2007

To:      Matt Stegenga

From:    Micah Osborne

Matt, as a result of closing the Kansas City marketing office in October, the position you hold will be eliminated as of today.

We ask that you carefully guard and keep secret all trade secrets and confidential information concerning the business and affairs of ESM Technologies and its subsidiaries and affiliates, including, but not limited to customer lists and information, pricing, personnel information, secret processes or other secret or confidential information, knowledge or data, whether or not such confidential information is obtained, acquired or developed by employee during the period of her employment with ESM Technologies. We also ask that you not disclose any such confidential information to any person, firm or corporation or other third party or use the same in any way other than in connection with the business affairs of ESM Technologies, LLC or any of its subsidiaries and affiliates unless first securing the prior written consent of ESM Technologies.

Your last day of employment will be November 30, 2007. ESM Technologies will provide the following:

1. Severance pay in the amount of eight (8) weeks of base pay to be paid out in weekly payments in the normal course of processing payroll checks.

2. Upon termination of your benefits you are eligible to participate in cobra coverage for:

   - Health Insurance: Blue Cross Blue Shield Anthem
   - Flexible Spending Account (FSA): Discovery Benefits
   - Life Insurance: Lincoln Financial Life Insurance Notice of Conversion
   - Simple IRA Conversion (final contributions will be forwarded Feb. 15th)

3. ESM Technologies will also provide payment of any accrued and unused vacation in a lump sum on your final payroll check following your separation from employment.

Any additional cobra information and enrollment forms will be forwarded to you by mail after your employment has ended.

_____        11-30-07
Matthew Stegenga               Date

_____        11/30/07
Micah Osborne                  Date

2213 Missouri Avenue, Carthage, MO 64836
Phone: (417) 358-4822 Fax: (417) 358-4954

Case 6:10-cv-03009-SWH   Document 1-3   Filed 01/07/10   Page 2 of 2